UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

         Plaintiff,

vs.

         **Case No. 2:18-cv-05018-DRH-GRB**

HHE METRO HOMES, LLC,
*a California Limited Liability Company*,
and
JC RESTAURANTS, LLC,
*a New York Limited Liability Company*,

         Defendants.
-------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement in principle. The parties are currently in the process of finalizing a written agreement and obtaining their respective client's signatures. Accordingly, the parties respectfully request that the Court adjourn all upcoming deadlines and conferences *sine die* pending the finalization of the settlement agreement.

The parties anticipate filing a joint stipulation for dismissal with prejudice within twenty (20) days.

Dated: June 7, 2019

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Louis Mussman        . | /s/ Matthew R. Capobianco        . |
| Louis I. Mussman, Esq. | Matthew R. Capobianco, Esq. |
| KU & MUSSMAN, P.A. | LITTLER MENDELSON, P.C. |
| 18501 Pines Blvd., Suite 2069-A | 290 Broadhollow Road Suite 305 |
| Pembroke Pines, FL 33029 | Melville, NY 11747 |
| Tel: (305) 891-1322 | Tel: (631) 247-4700 |
| Fax: (305) 891-4512 | MCapobianco@littler.com |
| louis@kumussman.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *JC Restaurants* |

Edward V. Schwendemann, Esq.
Goldberg Segalla LLP
200 Garden City Plaza, Suite 520
Garden City, NY 11530
Tel: (561) 281-9830
Fax: (516) 281-9801
eschwendemann@goldbergsegalla.com

*LLC Attorneys for all Defendants*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Matthew R. Capobianco, Esq.
LITTLER MENDELSON, P.C.
290 Broadhollow Road Suite 305
Melville, NY 11747

Edward V. Schwendemann, Esq.
Goldberg Segalla LLP
200 Garden City Plaza, Suite 520
Garden City, NY 11530

/s/ *Louis I. Mussman*       
Louis I. Mussman, Esq.

2