UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

       Plaintiff,

vs.

HHE METRO HOMES, LLC,
*a California Limited Liability Company*,
and
JC RESTAURANTS, LLC,
*a New York Limited Liability Company*,

       Defendants.
-------------------------------------------------------------x

**Case No. 2:18-cv-05018-DRH-GRB**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: July 18, 2019

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Louis Mussman               . | /s/ Matthew R. Capobianco         . |
| Louis I. Mussman, Esq. | Matthew R. Capobianco, Esq. |
| KU & MUSSMAN, P.A. | LITTLER MENDELSON, P.C. |
| 18501 Pines Blvd., Suite 209-A | 290 Broadhollow Road Suite 305 |
| Pembroke Pines, FL 33029 | Melville, NY 11747 |
| Tel: (305) 891-1322 | Tel: (631) 247-4700 |
| Fax: (305) 891-4512 | MCapobianco@littler.com |
| louis@kumussman.com | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | *JC Restaurants* |

Respectfully Submitted,

/s/ Edward V. Schwendemann.
Edward V. Schwendemann, Esq.
Goldberg Segalla LLP
200 Garden City Plaza, Suite 520
Garden City, NY 11530
Tel: (561) 281-9830
Fax: (516) 281-9801
eschwendemann@goldbergsegalla.com

*Attorney for Defendant*
*HHE Metro Homes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Matthew R. Capobianco, Esq.
LITTLER MENDELSON, P.C.
290 Broadhollow Road Suite 305
Melville, NY 11747

Edward V. Schwendemann, Esq.
Goldberg Segalla LLP
200 Garden City Plaza, Suite 520
Garden City, NY 11530

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.